```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 10-06323-JJT
Jason Miller                                              Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: LyndseyPr        Page 1 of 1        Date Rcvd: Mar 20, 2017
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db          +++JASON MILLER,   212 HEIGHTS DR,   BRODHEADSVILLE PA  18322-7048
            (address filed with court:  Jason Miller,   12 Heights Dr.,   Brodheadsville, PA  18322)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                        Signature:   /s/Joseph Speetjens

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
        Ann E. Swartz    on behalf of Creditor    U.S. Bank National Assoc. et. al ASwartz@mwc-law.com,
        ecfmail@mwc-law.com
        Bradley Warren Weidenbaum    on behalf of Plaintiff Jason  Miller weidenbaumlaw@gmail.com,
        G25181@notify.cincompass.com
        Bradley Warren Weidenbaum    on behalf of Debtor Jason  Miller weidenbaumlaw@gmail.com,
        G25181@notify.cincompass.com
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    U.S. Bank National Assoc. et. al
        bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Kimberly A Bonner    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for U.S.
        Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed
        Pass-Through Certificates, Series 2007-1 amps@manleydeas.com
        Martha E Von Rosenstiel    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer
        for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC
        Mortgage-Backed Pass-Through Certificates, Series 2007-1 marty@mvrlaw.com,  diane@mvrlaw.com
        Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, on
        behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
        mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer
        for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC
        Mortgage-Backed Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com,
        bkecf@milsteadlaw.com
        Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of
        the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
        tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Jason Miller

                  Debtor.

Select Portfolio Servicing, Inc. as servicing
agent for U.S. Bank National Association, as
trustee, on behalf of the holders of the CSMC
Mortgage-Backed Pass-Through Certificates,
Series 2007-1

                  Movant,

vs.

Jason Miller,

                  Debtors / Respondent,

and

Charles J. DeHart, III

                  Trustee / Respondent

Chapter 13

Case No.: 5:10-bk-06323-JJT

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR

        AND NOW, it is hereby

        **ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Jason Miller, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 12 Heights Drive, Brodheadsville, PA 18322;

        **ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

**By the Court,**

_John J. Thomas, Bankruptcy Judge_

(PJR)

Dated: March 20, 2017