```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 10-06323-JJT
Jason Miller                                                       Chapter 13
        Debtor            CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr            Page 1 of 2           Date Rcvd: Mar 02, 2018
                              Form ID: pdf010            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
```
db             Jason Miller,   12 Heights Dr.,   Brodheadsville, PA  18322
3638240       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAP ONE,   PO BOX 85520,   RICHMOND, VA  23285)
3638241        +CAPITAL ONE, N.A.,   2730 LIBERTY AVE.,   PITTSBURGH, PA 15222-4704
3690818         Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
3638242        +EQUABLE ASCENT FINANCI,   1120 W LAKE COOK RD STE,   BUFFALO GROVE, IL 60089-1970
3742808        +Specialized Loan Servicing,   8742 Lucent Blvd. Ste. 300,   Highlands Ranch, Co. 80129-2386
3638244        +WF/WB CC,   PO BOX 3117,   WINSTON SALEM, NC 27102-3117
3641695        +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
                 Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 18:57:54
                 PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 18:57:54
                 Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
3638238         E-mail/Text: bnc-applied@quantum3group.com Mar 02 2018 18:56:34     APPLIED BANK,
                 601 DELAWARE AVE,   WILMINGTON, DE  19801
3638239        +E-mail/Text: ACF-EBN@acf-inc.com Mar 02 2018 18:56:24     ATLANTIC CRD,   P O BOX 13386,
                 ROANOKE, VA 24033-3386
3674652         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 02 2018 18:56:33     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
4485596        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2018 19:03:07     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587,
                 LVNV Funding LLC,   c/o Resurgent Capital Services 29603-0587
4485595         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2018 19:03:12     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
3687658        +E-mail/Text: bknotice@ncmllc.com Mar 02 2018 18:56:33     National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125,   USA 38125-1741
4263071         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 18:57:40
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
3749639         E-mail/Text: bnc-quantum@quantum3group.com Mar 02 2018 18:56:28     Quantum3 Group Llc,
                 Po Box 788,   Kirkland, WA  98083-0788
3669448         E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 18:57:54
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
3638243        +E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2018 18:56:54     SELECT PORTFOLIO SVCIN,
                 PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
3638237         E-mail/PDF: cbp@onemainfinancial.com Mar 02 2018 18:57:48     AMERICAN GENERAL FINAN,
                 4712 PENN AVE,   READING, PA  19608
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 Greenville, SC  29603-0587
4267327*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
3663185       ##+Select Portfolio Servicing, Inc.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:

- Ann E. Swartz    on behalf of Creditor   U.S. Bank National Assoc. et. al ASwartz@mwc-law.com, ecfmail@mwc-law.com
- Bradley Warren Weidenbaum    on behalf of Debtor 1 Jason  Miller weidenbaumlaw@gmail.com, G25181@notify.cincompass.com
- Bradley Warren Weidenbaum    on behalf of Plaintiff Jason  Miller weidenbaumlaw@gmail.com, G25181@notify.cincompass.com
- Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
- Joshua I Goldman    on behalf of Creditor   U.S. Bank National Assoc. et. al bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
- Kimberly A Bonner    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 amps@manleydeas.com
- Martha E Von Rosenstiel    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 marty@mvrlaw.com,  diane@mvrlaw.com
- Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
- Matthew Christian Waldt    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
- Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
- United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 5:10-06323-JJT
JASON MILLER )
Debtor. ) ORDER
)
)

ORDER

And this 2nd day of March, 2018, Debtor's Motion to re-open case is hereby Granted. Debtor is directed to file the required Certification in Support of Discharge within (30) thirty days, otherwise the case will be closed without further notice.

Dated: March 02, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)