```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 10-06323-JJT
Jason Miller                                                     Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: LyndseyPr         Page 1 of 2         Date Rcvd: Apr 02, 2018
                            Form ID: 3180W          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
```
db              Jason Miller,    12 Heights Dr.,    Brodheadsville, PA  18322
3638241        +CAPITAL ONE, N.A.,    2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4704
3638242        +EQUABLE ASCENT FINANCI,    1120 W LAKE COOK RD STE,    BUFFALO GROVE, IL 60089-1970
3742808        +Specialized Loan Servicing,    8742 Lucent Blvd. Ste. 300,    Highlands Ranch, Co. 80129-2386
3638244        +WF/WB CC,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Apr 02 2018 23:03:00      PRA Receivables Management LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Apr 02 2018 23:03:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
3638238         EDI: APPLIEDBANK.COM Apr 02 2018 23:03:00      APPLIED BANK,    601 DELAWARE AVE,
                 WILMINGTON, DE  19801
3638239        +E-mail/Text: ACF-EBN@acf-inc.com Apr 02 2018 19:07:10      ATLANTIC CRD,    P O BOX 13386,
                 ROANOKE, VA 24033-3386
3638240         EDI: CAPITALONE.COM Apr 02 2018 23:03:00      CAP ONE,    PO BOX 85520,    RICHMOND, VA  23285
3690818         EDI: CAPITALONE.COM Apr 02 2018 23:03:00      Capital One Bank (USA), N.A.,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC  28272-1083
3674652         EDI: JEFFERSONCAP.COM Apr 02 2018 23:03:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN  56302-9617
4485596        +EDI: RESURGENT.COM Apr 02 2018 23:03:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587,    LVNV Funding LLC,
                 c/o Resurgent Capital Services 29603-0587
4485595         EDI: RESURGENT.COM Apr 02 2018 23:03:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
3687658        +E-mail/Text: bknotice@ncmllc.com Apr 02 2018 19:07:22      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125,    USA 38125-1741
4263071         EDI: PRA.COM Apr 02 2018 23:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
3749639         EDI: Q3G.COM Apr 02 2018 23:03:00      Quantum3 Group Llc,    Po Box 788,
                 Kirkland, WA  98083-0788
3669448         EDI: RECOVERYCORP.COM Apr 02 2018 23:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3638243        +E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2018 19:07:36      SELECT PORTFOLIO SVCIN,
                 PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
3638237         EDI: AGFINANCE.COM Apr 02 2018 23:03:00      AMERICAN GENERAL FINAN,    4712 PENN AVE,
                 READING, PA  19608
3641695        +EDI: WFFC.COM Apr 02 2018 23:03:00      Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
                 Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
4267327*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
3663185        ##+Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:

    Ann E. Swartz    on behalf of Creditor    U.S. Bank National Assoc. et. al ASwartz@mwc-law.com, ecfmail@mwc-law.com

    Bradley Warren Weidenbaum    on behalf of Debtor 1 Jason  Miller weidenbaumlaw@gmail.com, G25181@notify.cincompass.com

    Bradley Warren Weidenbaum    on behalf of Plaintiff Jason  Miller weidenbaumlaw@gmail.com, G25181@notify.cincompass.com

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

    Joshua I Goldman    on behalf of Creditor    U.S. Bank National Assoc. et. al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    Kimberly A Bonner    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 amps@manleydeas.com

    Martha E Von Rosenstiel    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 marty@mvrlaw.com, diane@mvrlaw.com

    Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason Miller** | Social Security number or ITIN  xxx–xx–5484 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:10–bk–06323–JJT** | | |

# Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jason Miller

                                                **By the court:**

April 2, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                       **Chapter 13 Discharge**                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**